UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
LYUBOV YAKOVLEVA,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　　　　　　:　　**ECF CASE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　07 Civ. 5814
ROBERT S. MUELLER, et al.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　　　　:　　NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:　　Clerk of Court
　　　　United States District Court
　　　　Southern District of New York

　　　　The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:　New York, New York
　　　　July 10, 2007

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　　　　By:　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　CAROLINA A. FORNOS
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　86 Chambers Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 637-2740
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 637-2702
　　　　　　　　　　　　　　　　　　　　　　Email: carolina.fornos@usdoj.gov

TO:　　Alexander V. Bibicheff, Esq.
　　　　2259 65th Street
　　　　Brooklyn, NY 11204