**MEMO ENDORSED**

U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

August 17, 2007

**VIA HAND DELIVERY**

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/07

Re:  Yakovleva v. Mueller, et al.
     07-cv-5814 (LAK)

Dear Judge Kaplan:

This Office represents the defendants, Robert S. Mueller, Director of the Federal Bureau of Investigation ("FBI"), Alberto Gonzales, Attorney General of the United States, Michael Chertoff, Secretary of the Department of Homeland Security, Emilio T. Gonzales, Director of the United States Citizen and Immigration Services ("USCIS"), F. Gerard Heinauer, Director of the UCIS Nebraska Service Center, and Andrea Quarantillo, New York District Director of USCIS (collectively, the "Government"), in the above-referenced mandamus proceeding. Plaintiff seeks to compel adjudication of her I-485 Application for Permanent Residence.

The Government's answer or other response to the Complaint is presently due on August 20, 2007. At this time, the Government requests an extension of 30 days of the deadline for the Government's response so that it will be due on or before September 19, 2007. The extension of time will enable this Office to better determine the status of Plaintiff's application for Permanent Residence.

This is the Government's first request for an extension. Plaintiff's counsel consents to this extension.

**MEMO ENDORSED**

Application granted.

So Ordered: _____
          Hon. Laura T. Swain, U.S.D.J.
              Part I
Dated: 8/23/2007