09/17/2007 16:59 FAX 718 232 4943        Law Office of A. Bibicheff

KAPLAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAKOVLEVA, Lyubov    A77 536 775
                Plaintiff,

v.

ROBERT S. MUELLER, Director Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTNOFF, Secretary of the United States Department of Homeland Security; EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Services; F. GEREAD HEINAUER, Director of USCIS Nebraska Service Center, and ANDREA QUARANTILLO, District Director USCIS New York Field Office,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

ECF

STIPULATION
AND ORDER OF DISMISSAL

07 Civ. 5814

SEP 24 2007
JUDGE KAPLAN'S CHAMBERS

WHEREAS United States Citizenship and Immigration Services has approved Plaintiff's permanent resident status;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is be, and hereby is, dismissed with prejudice without costs or attorney's fees to any party.

Dated: New York, New York
       September 14, 2007

LAW OFFICES OF
ALEXANDER V. BIBICHEFF

By: ALEXANDER V. BIBICHEFF, ESQ.
2259 65th Street
Brooklyn, NY 11201
Tel: (718) 232-3625
Fax: (718) 232-4943
Attorneys for Plaintiff

MICHAEL J. GARCIA
United States Attorney for the

By: CAROLINA A. FORNOS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2740
Fax: (212) 637-2702
Attorneys for Defendants

SO ORDERED:

9/24/07

HON. LEWIS A. KAPLAN
United States District Judge